UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAPTIX, INC., | Case No. 15-cv-00167 PSG (NC) |
| Plaintiff, | |
| | ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE |
| v. | |
| ZTE CORP., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated November 18, 2015, James Williams requested Alice Garber, T-Mobile's client representative, to be excused from personally appearing at the settlement conference scheduled for November 23, 2015.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Alice Garber be available by telephone from 11:00 a.m. Pacific Standard Time until further notice on November 23, 2015.

IT IS SO ORDERED.

Dated: November 18, 2015

NATHANAEL M. COUSINS
United States Magistrate Judge